IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY M. COUNTS, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:10-CV-3632-RWS-CCH |
| | : |
| INTERSTATE PROTECTIVE SERVICE, | : |
| | : |
| Defendant. | : |

## **O R D E R**

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the report and

recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. <u>United States v. Slay</u>, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is directed to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY M. COUNTS, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:10-CV-3632-RWS-CCH |
| | : |
| INTERSTATE PROTECTIVE SERVICE, | : |
| | : |
| | : |
| Defendant. | : |

## **FINAL REPORT AND RECOMMENDATION**

This action is before the Court on Plaintiff's failure to comply with this Court's Order of November 22, 2010 [4]. Based on Plaintiff's failure to comply with a lawful Order of the Court, the undersigned **RECOMMENDS** that this action be **DISMISSED** for want of prosecution pursuant to Local Rule 41.3.

Plaintiff, proceeding *pro se*, filed the Complaint in this action on November 5, 2010, at which time he also filed an affidavit in support of his request to proceed *in forma pauperis*, without payment of costs or fees. On November 9, 2010, the undersigned entered an Order [2] denying the Plaintiff's first Application to Proceed in District Court without Prepaying Fees or Costs [1] on the ground that Plaintiff had made inconsistent statements in his Affidavit of Poverty and contended that he had no

household expenses. On November 12, 2010, Plaintiff filed a second Application to Proceed in District Court without Prepaying Fees or Costs [3] in which he again provided inconsistent statements. On November 22, 2010, the undersigned entered an Order [4] denying Plaintiff's second Application to Proceed in District Court without Prepaying Fees or Costs [3] on the ground that Plaintiff had made inconsistent statements in his Affidavit of Poverty, and had also made inconsistent statements between the Affidavit of Poverty filed in this case and the Affidavit of Poverty he filed in a separate case, Timothy M. Counts v. Metro PCS, Civil Action No. 1:10-CV-3633-RWS-CCH, N.D.Ga. The undersigned ordered Plaintiff to pay the appropriate filing fee to the Clerk within thirty (30) days of the date of that Order. Plaintiff was specifically advised that failure to comply with that Order may result in a dismissal of this action.

As of this date, more than thirty days have passed since Plaintiff was ordered to pay the filing fee, and Plaintiff has failed to pay the filing fee or to request an extension of time in which to do so. Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** for want of prosecution pursuant to Local Rule 41.3. See LR 41.3A(2), NDGA ("The court may, with or without notice to the parties, dismiss a

civil case for want of prosecution if . . . [a] plaintiff or plaintiff's attorney shall, after notice . . . fail or refuse to obey a lawful order of the court in the case . . . .").

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned.  Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

IT IS SO RECOMMENDED this 3rd day of January, 2011.

$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx}$_____
$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx}$C. CHRISTOPHER HAGY
$\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx}$UNITED STATES MAGISTRATE JUDGE

3